IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

TIM RAY SACORA,                                                CV. 08-578

        Petitioner,

LARRY L. BEAMAN and                                         JUDGMENT IN A
TODD SONOBE,                                                 CLASS ACTION

        Petitioners-
        Intervenors

   v.

J.E. THOMAS, Warden, FCI
Sheridan,

        Respondent.

MARSH, Judge

    Based on the Record,

    IT IS ORDERED AND ADJUDGED, the second amended petition for writ of habeas corpus (#56) is GRANTED IN PART AND DENIED IN PART as follows:  GRANTED with respect to those members of the inmate class who have been or will be considered for pre-release RRC placement in that the court declares that the October 2008 regulations, 28 C.F.R. §§ 570.20-22 are invalid; the BOP is enjoined from considering inmates for pre-release RRC placement pursuant to 28 C.F.R. §§ 570.20-22 until such time as regulations

1 - JUDGMENT

are promulgated in accordance with 5 U.S.C. § 553(b); in all other respects, the second amended petition (#56) is DENIED.

    IT IS SO ORDERED.

    DATED this _16_ day of JUNE, 2010.

```
                              _/s/  Malcolm F. Marsh_____
                              Malcolm F. Marsh
                              United States District Judge
```

2 - JUDGMENT